## GRAVES *v.* COLE.

An attachment should not be dismissed on the ground of a defective affidavit, if the defect is corrected by amendment.

Orders to dissolve an attachment, and also to amend the defect for which it is dissolved, are not consistent.

### ERROR, *to Wapello District Court.*

THIS was an action of assumpsit commenced in the district court against Cole, upon which a writ of attachment was issued. Among other proceedings in the court below, a motion was made to dismiss the attachment, on the ground of alleged defects in the affidavit upon which the writ of attachment was issued. The motion was sustained by the court; and the plaintiff was authorized to amend his affidavit, which he accordingly did. But there was no revocation of the order dismissing the attachment.

*Wright* and *Knapp*, for the plaintiff in error.

*J. C. Hall*, for the defendant.

*Opinion by* HASTINGS, C. J. It appears from the record, that the defendant's motion to quash the writ of attachment, for reasons then stated, was sustained by the court, and at the same time leave given to the plaintiff to amend his affidavit. It appears the plaintiff did so amend, and no further objections were taken to the sufficiency of the affidavit, nor any further motion made to resist the attachment.

The error complained of is, that the court below sustained a motion to dissolve the attachment unconditionally. The statute permits a plaintiff to amend a defective bond or affidavit, in cases of attachment. The judgment of the court below dissolving the attachment, and giving leave to amend, is inconsistent; and the error is to be presumed to have been that of the clerk, in making the entries.

Although the writ of error runs to the judgment, yet it

will reach the entire record, and inasmuch as the attachment and proceedings thereon appear to be regular, and no objections seem to have been urged against them after the amended affidavit was filed, the judgment of the court below, ordering a dissolution of the attachment, is reversed.

Judgment reversed.